# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: §
§
TEMPLETON GROUP, INC., § Case No. 12-41788
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 10/22/2012 . The undersigned trustee was appointed on 10/22/2012 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of    $    39,239.57

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 9.23 |
| Bank service fees | 258.89 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]    $ | 38,971.45 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

     5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6. The deadline for filing non-governmental claims in this case was  01/21/2015  and the deadline for filing governmental claims was  01/21/2015 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7. The Trustee's proposed distribution is attached as **Exhibit D**.

     8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,673.96 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,673.96 , for a total compensation of $ 4,673.96 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 27.08 , for total expenses of $ 27.08 [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/24/2016          By: /s/JOSEPH E. COHEN
                                  Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 12-41788  ABG  Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | TEMPLETON GROUP, INC., | Date Filed (f) or Converted (c): | 10/22/12 (f) |
| | | 341(a) Meeting Date: | 12/06/12 |
| For Period Ending: | 09/15/16 | Claims Bar Date: | 01/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Money in checking account at Citi Bank. Money in checking account at Citi Bank. | 0.00 | 0.00 | | 0.00 | FA |
| 2. Misc. trade receivables $50.00  Misc. trade receivables $50.00 | 0.00 | 0.00 | | 0.00 | FA |
| 3. Misc. office supplies  Misc. office supplies | 200.00 | 0.00 | | 0.00 | FA |
| 4. Misc. equipment (hot water heater, scanner, cctv s  Misc. equipment (hot water heater, scanner, cctv system). | 1,100.00 | 0.00 | | 0.00 | FA |
| 5. FRAUD, CONVEYANCE (u) | 0.00 | 25,000.00 | | 39,239.57 | FA |
| TOTALS (Excluding Unknown Values) | $1,300.00 | $25,000.00 | | $39,239.57 | Gross Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE ATTEMPTING TO RESOLVE SOLE REMAINING ADVERSARY COMPLAINT - 01/20/16. TRUSTEE SETTLING SEVERAL ADVERSARY COMPLAINTS - Oct. 31, 2015. NO CHANGE - July 30, 2015. LITIGATION CONTINUES - April 30, 2015. SIX (6) ADVERSARY COMPLAINTS WERE FILED TO AVOID FRAUDULENT TRANSFERS - Jan. 17, 2015. TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE DEBTOR.

TRUSTEE HAS OBTAINED FRECORDS AND IS CONDUCTING A PREFERENCE AND FRAUDULENT CONVEYANCE ANALYSIS - January 17, 2014. NO CHANGE - April 30, 2014. TRUSTEE IS DRAFTING ADVERSARY COMPLAINTS TO BE FILED - July 17, 2014. COMPLAINTS TO BE FILED SHORTLY - Oct. 25, 2014.

Initial Projected Date of Final Report (TFR): 03/30/15     Current Projected Date of Final Report (TFR): 07/31/16

LFORM1  UST Form 101-7-TFR (5/1/2011) *(Page: 3)*     Ver: 19.06a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit B

| Case No: | 12-41788 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- | --- |
| Case Name: | TEMPLETON GROUP, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6355 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9738 | | | |
| For Period Ending: | 09/15/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/15/15 | 5 | CITIBANK, N.A. | Settlement of Adversary | 1241-000 | 13,000.00 | | 13,000.00 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.60 | 12,989.40 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.31 | 12,970.09 |
| 02/16/16 | 300001 | ADAMS-LEVINE 370 Lexington Avenue Suite 1101 New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 9.23 | 12,960.86 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.04 | 12,942.82 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.24 | 12,923.58 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.59 | 12,904.99 |
| 05/17/16 | 5 | Lavelle Law, Ltd. | Settlement of Adversary | 1241-000 | 5,000.00 | | 17,904.99 |
| 05/31/16 | 5 | Estate of Templeton Group, Inc. | Settlement of Adversary | 1241-000 | 6,500.00 | | 24,404.99 |
| 05/31/16 | 5 | American Express Travel Related Svcs Co, Inc. as Pay Agent for American Exp Centurion Bank 2401 W Behrend Drive, Ste 55 MC 24-01-17 Phoenix, AZ 85027 | Settlement of Adversary | 1241-000 | 9,739.57 | | 34,144.56 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.78 | 34,121.78 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.09 | 34,072.69 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.66 | 34,022.03 |
| 09/06/16 | 5 | TEMPLETON GROUP | Settlement of adversary | 1241-000 | 5,000.00 | | 39,022.03 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.58 | 38,971.45 |

Page Subtotals       39,239.57       268.12

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

LFORM24

Ver: 19.06a

FORM 2

Page: 2
Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-41788 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | TEMPLETON GROUP, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6355 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9738 | | |
| For Period Ending: | 09/15/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
| --- | --- | --- | --- |
| COLUMN TOTALS | 39,239.57 | 268.12 | 38,971.45 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 39,239.57 | 268.12 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 39,239.57 | 268.12 | |

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******6355 | 39,239.57 | 268.12 | 38,971.45 |
| | ---------------- | ---------------- | ---------------- |
| | 39,239.57 | 268.12 | 38,971.45 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  0.00  0.00

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 24, 2016 |

Case Number:   12-41788
Debtor Name:    TEMPLETON GROUP, INC.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| ADMIN 1<br>001<br>2100-00 | JOSEPH E. COHEN, Trustee<br>105 W. Madison, Ste 1100<br>Chicago, IL 60602 | Administrative | | $0.00 | $4,701.04 | $4,701.04 |
| ADMIN 2<br>001<br>3110-00 | COHEN & KROL, Attorneys<br>105 West Madison Street<br>Chicago, IL 60602 | Administrative | | $0.00 | $13,797.87 | $13,797.87 |
| ADMIN 3<br>001<br>3410-00 | COOKE & LEWIS, LTD.<br>2638 Patriot Blvd, Ste 100<br>Glenview, IL 60026 | Administrative | | $0.00 | $1,260.00 | $1,260.00 |
| ADMIN 4<br>001<br>2700-00 | CLERK OF THE U.S. BANKRUPTCY COURT<br>219 S DEARBORN<br>CHICAGO, IL 60604 | Administrative | | $0.00 | $2,100.00 | $2,100.00 |
| BOND<br>999<br>2300-00 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Administrative | | $0.00 | $9.23 | $9.23 |
| 000001<br>040<br>5800-00 | Illinois Dept. of Employment Security<br>33 S State St 10th Flr Bankruptcy Unit<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | Priority | | $0.00 | $912.28 | $912.28 |
| 000004<br>040<br>5800-00 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Priority | | $0.00 | $0.00 | $0.00 |
| 000009<br>040<br>5800-00 | Illinois Department of Revenue<br><B>(ADMINISTRATIVE)</B><br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | withdrawn | $0.00 | $2,930.59 | $0.00 |
| 000013<br>040<br>5800-00 | Illinois Department of Revenue<br><B>(ADMINISTRATIVE)</B><br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | Priority | | $0.00 | $2,506.39 | $2,506.39 |
| 000002<br>070<br>7100-00 | Yellow Book Sales & Distribution<br>c/o RMS Bankruptcy Recovery SErvices<br>P.O. box 5126<br>Timonium, Maryland 21094 | Unsecured | | $0.00 | $716.04 | $716.04 |
| 000003<br>070<br>7100-00 | Coastal Pet Products, Inc.<br>Attn: Shawn Davis<br>911 Leadway Ave.<br>Alliance, OH 44601 | Unsecured | | $0.00 | $3,415.57 | $3,415.57 |

CREGIS2    UST Form 101-7-TFR (5/1/2011) *(Page: 6)*                               Printed: 10/24/16 10:22 AM    Ver: 19.06a

Page 2

EXHIBIT C
ANALYSIS OF CLAIMS REGISTER

Date: October 24, 2016

Case Number: 12-41788
Debtor Name: TEMPLETON GROUP, INC.,

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000005 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $17,991.18 | $17,991.18 |
| 000006 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $76.33 | $76.33 |
| 000007 070 7100-00 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | | $0.00 | $588.56 | $588.56 |
| 000008 070 7100-00 | DexMedia Formerly DexOne formerly SuperMedia formerly Idearc Media formerly Verizon 2200 W. Airfield Dr. Dallas, TX 75261 | Unsecured | | $0.00 | $10,584.27 | $10,584.27 |
| 000010 070 7100-00 | AmCap Northpoint, LLC 1281 East Main St Stamford, CT 06902 | Unsecured | | $0.00 | $300,473.33 | $300,473.33 |
| 000011 080 7200-00 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $9,561.68 | $9,561.68 |
| 000012 080 7200-00 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | Unsecured | | $0.00 | $177.89 | $177.89 |
| | Case Totals: | | | $0.00 | $371,802.25 | $368,871.66 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 12-41788
Case Name: TEMPLETON GROUP, INC.,
Trustee Name: JOSEPH E. COHEN

|  | Balance on hand | $ | 38,971.45 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 4,673.96 | $ 0.00 | $ 4,673.96 |
| Trustee Expenses: JOSEPH E. COHEN | $ 27.08 | $ 0.00 | $ 27.08 |
| Attorney for Trustee Fees: COHEN & KROL, Attorneys | $ 13,727.25 | $ 0.00 | $ 13,727.25 |
| Attorney for Trustee Expenses: COHEN & KROL, Attorneys | $ 70.62 | $ 0.00 | $ 70.62 |
| Accountant for Trustee Fees: COOKE & LEWIS, LTD. | $ 1,260.00 | $ 0.00 | $ 1,260.00 |
| Charges: CLERK OF THE U.S. BANKRUPTCY COURT | $ 2,100.00 | $ 0.00 | $ 2,100.00 |
| Other: ADAMS-LEVINE | $ 9.23 | $ 9.23 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses     $     21,858.91
Remaining Balance     $     17,112.54

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,418.67  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Illinois Dept. of Employment Security<br>33 S State St 10th Flr<br>Bankruptcy Unit<br>Chicago, Illinois 60603<br>Attn. Amelia Yabes | $ 912.28 | $ 0.00 | $ 912.28 |
| 000004 | Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000009 | Illinois Department of Revenue<br><B>(ADMINISTRATIVE)</B><br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 0.00 | $ 0.00 | $ 0.00 |
| 000013 | Illinois Department of Revenue<br><B>(ADMINISTRATIVE)</B><br>Bankruptcy Section<br>P.O. Box 64338<br>Chicago, Illinois 60664-0338 | $ 2,506.39 | $ 0.00 | $ 2,506.39 |

Total to be paid to priority creditors                              $       3,418.67

Remaining Balance                                                   $      13,693.87

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $ 333,845.28  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  4.1  percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 000002 | Yellow Book Sales & Distribution<br>c/o RMS Bankruptcy Recovery SErvices<br>P.O. box 5126<br>Timonium, Maryland 21094 | $ 716.04 | $ 0.00 | $ 29.37 |
| 000003 | Coastal Pet Products, Inc.<br>Attn: Shawn Davis<br>911 Leadway Ave.<br>Alliance, OH 44601 | $ 3,415.57 | $ 0.00 | $ 140.10 |
| 000005 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 17,991.18 | $ 0.00 | $ 737.97 |
| 000006 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 76.33 | $ 0.00 | $ 3.13 |
| 000007 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 588.56 | $ 0.00 | $ 24.14 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000008 | DexMedia Formerly DexOne formerly SuperMedia formerly Idearc Media formerly Verizon 2200 W. Airfield Dr. Dallas, TX 75261 | $ 10,584.27 | $ 0.00 | $ 434.16 |
| 000010 | AmCap Northpoint, LLC 1281 East Main St Stamford, CT 06902 | $ 300,473.33 | $ 0.00 | $ 12,325.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 13,693.87 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 9,739.57 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000011 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | $ 9,561.68 | $ 0.00 | $ 0.00 |
| 000012 | AMERICAN EXPRESS CENTURION BANK C/O BECKET AND LEE LLP PO BOX 3001 MALVERN, PA 19355-0701 | $ 177.89 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to tardy general unsecured creditors | $ | 0.00 |

    Remaining Balance                                                                                  $_____0.00_

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE