IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | IN CHAPTER 7 |
| | ) | |
| **Templeton Group, Inc.** | ) | No. 12 B 41788 |
| | ) | |
| Debtor(s) | ) | |

## PROOF OF SERVICE

TO:     See Attached List

    I, JOSEPH E. COHEN, Trustee herein, states that copies of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object, was sent on November 2, 2016, by First Class U.S. Mail and/or ECF to the persons shown on the attached service list.

JOSEPH E. COHEN
COHEN & KROL
105 West Madison Street
Suite 1100
Chicago, IL   60602
312-368-0300                                                        BY:/s/ Joseph E. Cohen
                                                                                                                                             One of His Attorney

Illinois Dept of Employment Security
Attn:   Amelia Yabes
33 S State Street, 10th Floor
Bankruptcy Unit
Chicago, IL   60603

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA   19114

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL   60664-0338

Illinois Dept of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago, IL   60664-0338

Yellow Book Sales & Distribution
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, Maryland 21094

Coastal Pet Products, Inc.
Attn:   Shawn Davis
911 Leadway Avenue
Alliance, OH   44601

American Express Bank, FSB
c/o Becket & Lee, LLP
P.O. Box 3001
Malvern, PA   19355-0701

Dex Media Formerly Dex One Formerly
Super Media Formerly Idearc Media Formerly Verizon
2200 W Airfield Drive
Dallas, TX   75261

AmCap Northpoint, LLC
1281 East Main Street
Stamford, CT   06902

American Express Centurion Bank
c.oi Bekcet & Lee, LLP
P.O. Box 3001
Malvern, PA   19355

Timothy Hughes
thughes@lavellelaw.com

Office of the US Trustee
USTPRegion11.ES.ECF@usgoj.gov