UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | § § | |
| TEMPLETON GROUP, INC., | § § | Case No. 12-41788 |
| Debtor | § § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 1,300.00                     Assets Exempt: 0.00
*(Without deducting any secured claims)*

Total Distributions to Claimants:  17,112.54   Claims Discharged
                                               Without Payment:  935,729.78

Total Expenses of Administration:  22,127.03

---

3) Total gross receipts of $ 39,239.57 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 39,239.57 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 22,127.03 | 22,127.03 | 22,127.03 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 6,349.26 | 3,418.67 | 3,418.67 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 869,303.85 | 343,584.85 | 343,584.85 | 13,693.87 |
| **TOTAL DISBURSEMENTS** | $ 869,303.85 | $ 372,061.14 | $ 369,130.55 | $ 39,239.57 |

4) This case was originally filed under chapter 7 on 10/22/2012 . The case was pending for 52 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/07/2017        By:/s/JOSEPH E. COHEN
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| FRAUD, CONVEYANCE | 1241-000 | 39,239.57 |
| **TOTAL GROSS RECEIPTS** | | **$39,239.57** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| COHEN, JOSEPH E. | 2100-000 | NA | 4,673.96 | 4,673.96 | 4,673.96 |
| COHEN, JOSEPH E. | 2200-000 | NA | 27.08 | 27.08 | 27.08 |
| ADAMS-LEVINE | 2300-000 | NA | 9.23 | 9.23 | 9.23 |
| ASSOCIATED BANK | 2600-000 | NA | 258.89 | 258.89 | 258.89 |
| CLERK OF THE U.S. BANKRUPTCY COURT | 2700-000 | NA | 2,100.00 | 2,100.00 | 2,100.00 |
| COHEN & KROL | 3110-000 | NA | 9,151.55 | 9,151.55 | 9,151.55 |
| JOSEPH E. COHEN, ATTORNEY | 3110-000 | NA | 4,575.70 | 4,575.70 | 4,575.70 |
| COHEN & KROL | 3120-000 | NA | 70.62 | 70.62 | 70.62 |
| COOKE & LEWIS, LTD. | 3410-000 | NA | 1,260.00 | 1,260.00 | 1,260.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 22,127.03 | $ 22,127.03 | $ 22,127.03 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harry Overton 21807 Green Forest Deer Park, IL 60010 | | 0.00 | NA | NA | 0.00 |
| | Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | 0.00 | NA | NA | 0.00 |
| 000009 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | NA | 2,930.59 | 0.00 | 0.00 |
| 000013 | ILLINOIS DEPARTMENT OF REVENUE | 5800-000 | 0.00 | 2,506.39 | 2,506.39 | 2,506.39 |
| 000001 | ILLINOIS DEPT. OF EMPLOYMENT SECURI | 5800-000 | 0.00 | 912.28 | 912.28 | 912.28 |
| 000004 | INTERNAL REVENUE SERVICE | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 0.00 | $ 6,349.26 | $ 3,418.67 | $ 3,418.67 |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T Yellow pages DEX 8519 Innovation Way Chicago, IL 60682-0085 | | 10,584.27 | NA | NA | 0.00 |
| | AT & T Yellow pages c/o Joseph, Mann & Creed P.O. Box 22253 Beachwood, OH 44122-0253 | | 0.00 | NA | NA | 0.00 |
| | AmCap Northpoint, LLC 1281 East Main St Stamford, CT 06902 | | 0.00 | NA | NA | 0.00 |
| | AmCap Northpoint, LLC c/o Schain, Burney, Banks & Kenny 70 W. Madison St., Ste 4500 Chicago, IL 60602 | | 0.00 | NA | NA | 0.00 |
| | American Engineering 3 West College Drive Arlington Heights, IL 60004 | | 6,032.92 | NA | NA | 0.00 |
| | Bank of America P.O. Box 15019 Wilmington, DE 19850-5019 | | 20,997.50 | NA | NA | 0.00 |
| | C.D. Ford P.O. Box 300 Geneseo, IL 61254 | | 6,365.14 | NA | NA | 0.00 |
| | Chase Po Box 15298 Wilmington, DE 19850 | | 9,945.15 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Po Box 15298 Wilmington, DE 19850 | | 1,863.31 | NA | NA | 0.00 |
| | Citi Po Box 6241 Sioux Falls, SD 57117 | | 44,476.97 | NA | NA | 0.00 |
| | Country Court Animal Hospital 125 W. Dundee Rd Attn: Dr. Block Buffalo Grove, IL 60089 | | 3,384.42 | NA | NA | 0.00 |
| | Dex One P.O. Box 9001401 Louisville, KY 40290 | | 0.00 | NA | NA | 0.00 |
| | Dutch Aquarium Systems 1616 E Main St Waxahachie, TX 75165 | | 2,513.80 | NA | NA | 0.00 |
| | Fia Csna Po Box 17054 Wilmington, DE 19850 | | 0.00 | NA | NA | 0.00 |
| | Gemb Po Box 981400 El Paso, TX 79998 | | 0.00 | NA | NA | 0.00 |
| | General Pet Supply P.O. Box 245031 Milwaukee, WI 53224-9531 | | 17,975.14 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | General Pet Supply c/o Cosmopolitan Service Corp 1606 Colonial Parkway Inverness, IL 60067 | | 0.00 | NA | NA | 0.00 |
| | General Pet Supply c/o Teller Levit & Silvertrust 19 S. LaSalle St., #701 Chicago, IL 60603 | | 0.00 | NA | NA | 0.00 |
| | Harry Overton 21807 Green Forest Deer Park, IL 60010 | | 450,000.00 | NA | NA | 0.00 |
| | Rolf C. Hagen (USA) Corp P.O. Box 415793 Boston, MA 02241-5793 | | 2,404.79 | NA | NA | 0.00 |
| | Sears/Cbna 701 East 60th St N Po Box 6241 Sioux Falls, SD 57117 | | 17,543.82 | NA | NA | 0.00 |
| | Veolia Environmental Services 4612 W. Lake St Melrose Park, IL 60160 | | 166.31 | NA | NA | 0.00 |
| | Wilson Pet Supply 6450 Muirfield Ct. Hanover Park, IL 60133 | | 11,585.26 | NA | NA | 0.00 |

Case 12-41788    Doc 68    Filed 02/28/17    Entered 02/28/17 15:01:02    Desc Main
Document      Page 9 of 15

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Yellow Book c/o Rauch-Milliken International P. O. Box 8390 Metairie, LA 70011 | | 0.00 | NA | NA | 0.00 |
| 000010 | AMCAP NORTHPOINT, LLC | 7100-000 | 240,000.00 | 300,473.33 | 300,473.33 | 12,325.00 |
| 000005 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 17,991.00 | 17,991.18 | 17,991.18 | 737.97 |
| 000006 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 364.00 | 76.33 | 76.33 | 3.13 |
| 000007 | AMERICAN EXPRESS BANK, FSB | 7100-000 | 363.00 | 588.56 | 588.56 | 24.14 |
| 000003 | COASTAL PET PRODUCTS, INC. | 7100-000 | 3,395.01 | 3,415.57 | 3,415.57 | 140.10 |
| 000008 | DEXMEDIA FORMERLY DEXONE FORMERLY S | 7100-000 | 0.00 | 10,584.27 | 10,584.27 | 434.16 |
| 000002 | YELLOW BOOK SALES & DISTRIBUTION | 7100-000 | 716.04 | 716.04 | 716.04 | 29.37 |
| 000011 | AMERICAN EXPRESS CENTURION BANK | 7200-000 | NA | 9,561.68 | 9,561.68 | 0.00 |
| 000012 | AMERICAN EXPRESS CENTURION BANK | 7200-000 | 636.00 | 177.89 | 177.89 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 869,303.85 | $ 343,584.85 | $ 343,584.85 | $ 13,693.87 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 12-41788 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | TEMPLETON GROUP, INC., | Date Filed (f) or Converted (c): | 10/22/12 (f) |
| | | 341(a) Meeting Date: | 12/06/12 |
| For Period Ending: | 02/07/17 | Claims Bar Date: | 01/21/15 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Money in checking account at Citi Bank. Money in checking account at Citi Bank. | 0.00 | 0.00 | | 0.00 | FA |
| 2. Misc. trade receivables $50.00 Misc. trade receivables $50.00 | 0.00 | 0.00 | | 0.00 | FA |
| 3. Misc. office supplies Misc. office supplies | 200.00 | 0.00 | | 0.00 | FA |
| 4. Misc. equipment (hot water heater, scanner, cctv s Misc. equipment (hot water heater, scanner, cctv system). | 1,100.00 | 0.00 | | 0.00 | FA |
| 5. FRAUD, CONVEYANCE (u) | 0.00 | 25,000.00 | | 39,239.57 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $1,300.00 | $25,000.00 | $39,239.57 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR FILED AND DISTRIBUTION MADE TO CREDITORS - 1/17/17. TEE SENT TFR TO US TEE FOR REVIEW September 16, 2016, 10:22 am.
TRUSTEE HAS FILED TO COMPROMISE FINAL ADVERSARY - 7/31/16. ADVERSASRYS STILL PENDING AND BEING SETTLED - 4/30/16.
TRUSTEE ATTEMPTING TO RESOLVE SOLE REMAINING ADVERSARY COMPLAINT - 01/20/16. TRUSTEE SETTLING SEVERAL ADVERSARY
COMPLAINTS - Oct. 31, 2015. NO CHANGE - July 30, 2015. LITIGATION CONTINUES - April 30, 2015. SIX (6) ADVERSARY
COMPLAINTS WERE FILED TO AVOID FRAUDULENT TRANSFERS - Jan. 17, 2015. TRUSTEE HAS REQUESTED BOOKS AND RECORDS FROM THE
DEBTOR.
TRUSTEE HAS OBTAINED FRECORDS AND IS CONDUCTING A PREFERENCE AND FRAUDULENT CONVEYANCE ANALYSIS - January 17, 2014. NO
CHANGE - April 30, 2014. TRUSTEE IS DRAFTING ADVERSARY COMPLAINTS TO BE FILED - July 17, 2014. COMPLAINTS TO BE FILED
SHORTLY - Oct. 25, 2014.

LFORM1 Ver: 19.06c
**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| | |
|---|---|
| Case No: 12-41788 ABG Judge: A. BENJAMIN GOLDGAR | Trustee Name: JOSEPH E. COHEN |
| Case Name: TEMPLETON GROUP, INC., | Date Filed (f) or Converted (c): 10/22/12 (f) |
| | 341(a) Meeting Date: 12/06/12 |
| | Claims Bar Date: 01/21/15 |

Initial Projected Date of Final Report (TFR): 03/30/15        Current Projected Date of Final Report (TFR): 07/31/16

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-41788 -ABG | Trustee Name: | JOSEPH E. COHEN |
| --- | --- | --- | --- |
| Case Name: | TEMPLETON GROUP, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6355 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9738 | | |
| For Period Ending: | 02/07/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/15/15 | 5 | CITIBANK, N.A. | Settlement of Adversary | 1241-000 | 13,000.00 | | 13,000.00 |
| 01/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.60 | 12,989.40 |
| 02/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.31 | 12,970.09 |
| 02/16/16 | 300001 | ADAMS-LEVINE<br>370 Lexington Avenue<br>Suite 1101<br>New York, NY 10017 | Bond #10BSBGR6291 | 2300-000 | | 9.23 | 12,960.86 |
| 03/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.04 | 12,942.82 |
| 04/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.24 | 12,923.58 |
| 05/06/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.59 | 12,904.99 |
| 05/17/16 | 5 | Lavelle Law, Ltd. | Settlement of Adversary | 1241-000 | 5,000.00 | | 17,904.99 |
| 05/31/16 | 5 | Estate of Templeton Group, Inc. | Settlement of Adversary | 1241-000 | 6,500.00 | | 24,404.99 |
| 05/31/16 | 5 | American Express Travel Related Svcs<br>Co, Inc. as Pay Agent for American Exp<br>Centurion Bank<br>2401 W Behrend Drive, Ste 55<br>MC 24-01-17<br>Phoenix, AZ 85027 | Settlement of Adversary | 1241-000 | 9,739.57 | | 34,144.56 |
| 06/07/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 22.78 | 34,121.78 |
| 07/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 49.09 | 34,072.69 |
| 08/05/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.66 | 34,022.03 |
| 09/06/16 | 5 | TEMPLETON GROUP | Settlement of adversary | 1241-000 | 5,000.00 | | 39,022.03 |
| 09/08/16 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 50.58 | 38,971.45 |
| 12/09/16 | 300002 | JOSEPH E. COHEN, Attorney<br>105 W Madison<br>Suite 1100<br>Chicago, IL 60602 | Claim ADMIN, Payment 100.00000% | 3110-000 | | 4,575.70 | 34,395.75 |
| 12/09/16 | 300003 | JOSEPH E. COHEN, Trustee | Claim ADMIN 1, Payment 100.00000% | | | 4,701.04 | 29,694.71 |

Page Subtotals  39,239.57  9,544.86

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

FORM 2

Page: 2

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 12-41788 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | TEMPLETON GROUP, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6355 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9738 | | |
| For Period Ending: | 02/07/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 105 W. Madison, Ste 1100 Chicago, IL 60602 | Fees 4,673.96 | 2100-000 | | | |
| | | | Expenses 27.08 | 2200-000 | | | |
| 12/09/16 | 300004 | COHEN & KROL, Attorneys 105 West Madison Street Chicago, IL 60602 | Claim ADMIN 2, Payment 100.00000% Attorney for Trustee fees | | | 9,222.17 | 20,472.54 |
| | | | Fees 9,151.55 | 3110-000 | | | |
| | | | Expenses 70.62 | 3120-000 | | | |
| 12/09/16 | 300005 | COOKE & LEWIS, LTD. 2638 Patriot Blvd, Ste 100 Glenview, IL 60026 | Claim ADMIN 3, Payment 100.00000% | 3410-000 | | 1,260.00 | 19,212.54 |
| 12/09/16 | 300006 | CLERK OF THE U.S. BANKRUPTCY COURT 219 S DEARBORN CHICAGO, IL 60604 | Claim ADMIN 4, Payment 100.00000% | 2700-000 | | 2,100.00 | 17,112.54 |
| 12/09/16 | 300007 | Illinois Dept. of Employment Security 33 S State St 10th Flr Bankruptcy Unit Chicago, Illinois 60603 Attn. Amelia Yabes | Claim 000001, Payment 100.00000% (1-1) Unemployment Tax (1-1) Modified on 11/16/2012 to correct claim amount (ah) | 5800-000 | | 912.28 | 16,200.26 |
| 12/09/16 | 300008 | Illinois Department of Revenue <B>(ADMINISTRATIVE)</B> Bankruptcy Section P.O. Box 64338 Chicago, Illinois 60664-0338 | Claim 000013, Payment 100.00000% | 5800-000 | | 2,506.39 | 13,693.87 |
| 12/09/16 | 300009 | Yellow Book Sales & Distribution c/o RMS Bankruptcy Recovery SErvices P.O. box 5126 Timonium, Maryland 21094 | Claim 000002, Payment 4.10173% | 7100-000 | | 29.37 | 13,664.50 |
| 12/09/16 | 300010 | Coastal Pet Products, Inc. Attn: Shawn Davis | Claim 000003, Payment 4.10180% | 7100-000 | | 140.10 | 13,524.40 |

Page Subtotals 0.00 16,170.31

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-41788 -ABG | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | TEMPLETON GROUP, INC., | | Bank Name: | ASSOCIATED BANK |
| | | | Account Number / CD #: | *******6355 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9738 | | | |
| For Period Ending: | 02/07/17 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 12/09/16 | 300011 | 911 Leadway Ave. Alliance, OH 44601 American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000005, Payment 4.10184% (5-1) CREDIT CARD DEBT | 7100-000 | | 737.97 | 12,786.43 |
| 12/09/16 | 300012 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000006, Payment 4.10062% (6-1) CREDIT CARD DEBT | 7100-000 | | 3.13 | 12,783.30 |
| 12/09/16 | 300013 | American Express Bank, FSB c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000007, Payment 4.10154% (7-1) CREDIT CARD DEBT | 7100-000 | | 24.14 | 12,759.16 |
| 12/09/16 | 300014 | DexMedia Formerly DexOne formerly SuperMedia formerly Idearc Media formerly Verizon 2200 W. Airfield Dr. Dallas, TX 75261 | Claim 000008, Payment 4.10194% | 7100-000 | | 434.16 | 12,325.00 |
| 12/09/16 | 300015 | AmCap Northpoint, LLC 1281 East Main St Stamford, CT 06902 | Claim 000010, Payment 4.10186% (10-1) Docketed on Wrong Case, Filer Notified to Re-file(Modified on 1/20/15)(dw)(10-2) Incomplete PDF, Filer Notified to file Amended Claim (Modified on 1/20/15)(dw) | 7100-000 | | 12,325.00 | 0.00 |

Page Subtotals        0.00         13,524.40

Ver: 19.06c

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

Page: 4

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-41788 -ABG | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | TEMPLETON GROUP, INC., | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******6355 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9738 | | |
| For Period Ending: | 02/07/17 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 39,239.57 | 39,239.57 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 39,239.57 | 39,239.57 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 39,239.57 | 39,239.57 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******6355 | 39,239.57 | 39,239.57 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 39,239.57 | 39,239.57 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                    0.00            0.00

Ver: 19.06c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 15)*